**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1578**

_____

NELSON L. BRUCE,

        Plaintiff - Appellant,

    v.

BANK OF AMERICA, N.A., a/k/a Bank of America,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Bruce H. Hendricks, District Judge.  (2:19-cv-03456-BHH)

_____

Submitted:  May 5, 2023                              Decided:  August 31, 2023

_____

Before THACKER, QUATTLEBAUM, and RUSHING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Nelson L. Bruce, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nelson L. Bruce appeals the district court's order denying relief on his Fed. R. Civ. P. 59(d), (e) motion.  We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

To appeal an order disposing of a Rule 59 motion, a party must file a notice of appeal within the time prescribed by Fed. R. App. P. 4—here, 30 days.  Fed. R. App.. P. 4(a)(1)(A), (a)(4)(B)(ii).  "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement."  *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on April 20, 2022, and Bruce filed his notice of appeal 34 days later, on May 24, 2022.  Because Bruce failed to file a timely notice of appeal, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2